IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

RECEIVED
2007 OCT 15 A II: 28

DEBRA P. HACKETT, CLK

Gwendolyn J. Harris
1103 Vista Terrace
Montg, AL 36110
Plaintiff(s),

v.

Embassy Suites Hotel
Tallapoosa + Commerce
Montg, AL
Defendant(s).

CIVIL ACTION NO. 2:07-CV-926-MHT

TFM

## COMPLAINT

1. Plaintiff(s)' address and telephone number: Gwendolyn Harris / 277-5282
   1103 Vista Terrace Dr. 36110

2. Name and address of defendant(s): Embassy Suites Hotels
   Montg., AL

3. Place of alleged violation of civil rights: In hotel

4. Date of alleged violation of civil rights: Oct 13-07

5. State the facts on which you base your allegation that your constitutional rights have been violated: I was sitting down in a chair in the hotel near the bathroom. I had intended to leave at 2:15 and use the bathroom. But a workers named Judy and Edward showed up, she asked me was I a resident, I said no, she said I would have to leave the hotel, I said, ok but, I have to use the bathroom before I leave. She said I couldn't use the bathroom I would have to leave. My urine was very near. So she asked one of the workers named Edward to escort me

out the door. I have been in that Hotel before to use either the public phone or restrooms and noone never treated me like this before.

6. Relief requested: I am asking $5 million due to embarrassment and unnecessary treatment of a citizen of the city of Montgomery.

Date: 10-15-07                     Gwendolyn J. Harris
                                   Plaintiff(s) Signature

2