IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GWENDOLYN J. HARRIS            ) | |
| ) | |
|     Plaintiff,            ) | |
| ) | |
| v.            ) | CASE NO. 2:07-cv-926-MHT |
| ) | |
| EMBASSY SUITES HOTEL,            ) | |
| ) | |
|     Defendants.            ) | |

## **ORDER**

There being no timely objections filed to the Recommendation of the Magistrate Judge filed herein on October 23, 2007 (Doc. 5) and upon an independent and de novo review of the file in this case, it is the ORDER of this court as follows:

(1)  The recommendation (Doc. 5) is adopted.

(2)  The case is dismissed without prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

(3)  An appropriate judgment will be entered.

DONE, this the 28th day of November, 2007.

                                        /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE